WALTER F. REINHAUS, RESPONDENT, v. WILLIAM PATRICK, APPELLANT.

Submitted January 22, 1926—Decided May 7, 1926.

**Negligence—Injury to Automobile—Defendant Filed Counter-claim—Judgment for Plaintiff—No Reversible Error Found.**

On appeal.

For the appellant, *Collins & Corbin*.

For the respondent, *Feinberg & Feinberg*.

PER CURIAM.

This suit was brought in the Bayonne District Court to recover damages for injury to an automobile caused by a collision with the defendant's automobile on the 13th of September, 1925, on Broadway and Sixteenth street, Bayonne. The defendant filed a counter-claim. The case was tried by the court without a jury, resulting in a judgment for the plaintiff for $500. The questions involved were questions of fact. We find no reversible error in the record in admitting alleged illegal evidence under the case of *Hintz* v. *Roberts*, 98 *N. J. L.* 769, or in giving judgment for $500 for the plaintiff. The judgment of the District Court is affirmed.